| | | |
|---|---|---|
| | AUSA: Grant Newman | Telephone: (989) 895-5712 |
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: Cameron Rubio | Telephone: (810) 768-7600 |

# UNITED STATES DISTRICT COURT
### for the

## Eastern District of Michigan

United States of America
   v.

Carmelo Barrera,

Case No.   1:26-mj-30381
Judge: Morris, Patricia T.
Filed: 06-26-2026

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ June 6, 2026 _____ in the county of _____ Saginaw _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C § 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Cameron Rubio, Task Force Officer A.T.F.
_____
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: ___ June 26, 2026 ___

_____
*Judge's signature*

City and state:  Bay City, Michigan

Hon. Patricia T. Morris, United States Magistrate Judge
_____
*Printed name and title*

Save    Print

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A CRIMINAL COMPLAINT

I, Cameron Rubio, being first duly sworn, depose and state as follows:

### INTRODUCTION AND BACKGROUND

1.     I am a Task Force Officer (TFO) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and have been so since May 2025. I am currently employed by the Michigan State Police (MSP) as a Detective Trooper Specialist and have been a certified Law Enforcement Officer since June 2020. During my time as Trooper with the Michigan State Police, I have completed numerous trainings related to criminal investigation and law enforcement activities, including Northeast Counterdrug Training Center's (NCTC) trainings on Street Gang Investigations and Social Networking, RAID Entry Training, Ballistic Shield Training, Surveillance School, and Undercover Narcotics School. I have personally investigated and assisted in numerous cases, which led to search warrants, arrests, prosecutions, and seizure of large quantities of narcotics and firearms. As an ATF TFO, I have participated in investigations related to the possession and manufacture of firearms and narcotics in violation of federal law.

2.     I make this affidavit from personal knowledge based on my participation in this investigation, communications with law enforcement from the Michigan State Police Tri-City Post, and others who have personal knowledge of the events and circumstances described herein, and information gained through my

1

review of relevant documents related to this investigation.  The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

3.     Based on the facts below, there is probable cause to believe that on June 6, 2026, Carmelo BARRERA (DOB XX/XX/XX06) violated 18 U.S.C. § 922(g)(1) (felon in possession of a firearm).

**PROBABLE CAUSE**

4.     On June 6, 2026, a sergeant of the Michigan State Police Tri-City Post conducted a traffic stop of a white 2026 Mercedes Benz near the intersection of Hammel Street and 17th Street in Saginaw, Michigan, within the federal Eastern District of Michigan. The vehicle complied and came to a stop.

5.     Law enforcement approached the vehicle and removed the driver from the vehicle after learning he had no driver's license. Once it was determined that the driver would not be permitted to drive the car without a license, the officers had each occupant exit one by one. As the rear driver-side occupant exited the vehicle, law enforcement observed an open container of alcohol in the back seat. Because having an open container of alcohol inside a vehicle is a misdemeanor in the State of Michigan, law enforcement began detaining the remaining occupants.

2

6.      As part of this investigation, I learned that ATF Special Agent Kyle Sutton reviewed the details of the gun and has the opinion that it was manufactured outside of Michigan and was recovered in Michigan, meaning that it to travel in interstate or foreign commerce to end up in Michigan.

7.      BARRERA was seated in the rear passenger side of the vehicle.  As the sergeant made contact with BARRERA, he requested him from the vehicle. BARRERA was detained and the sergeant performed a pat down search of BARRERA's person and located a firearm tucked within his waistband. BARRERA was then placed into the marked patrol vehicle. The firearm—a Glock, .45 caliber pistol—was loaded with 13 rounds in the magazine and one round in the chamber.

8.      BARRERA is a previously convicted felon with the following convictions:

a.      2024: felony-controlled substance – possession/analogues – pled guilty;

b.      2026: felony-controlled substance – delivery/manufacture of methamphetamine – pled guilty on 06/01/2026 but has yet to be sentenced;

9.      Based on the foregoing, I have probable cause to believe that on June 6, 2026, in the Eastern District of Michigan, Carmelo BARRERA, a previously convicted felon was in violation of 18 U.S.C. 922(g)(1) (felon in possession of a firearm).

Respectfully submitted,

Cameron Rubio, Task Force Officer
Bureau of Alcohol, Tobacco, Firearms
and Explosives

Sworn to before me and signed in my
presence and/or by reliable electronic means on ____June 26, 2026____.

Hon. Patricia T. Morris
United States Magistrate Judge

4